UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIVEH, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-04434-EKL<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 1 |

Plaintiff, a California state prisoner proceeding pro se, filed a civil rights action under 42 U.S.C. § 1983.  ECF No. 1.  Plaintiff was sent a notice that he needed to file an application for leave to proceed in forma pauperis ("IFP") on the proper form which, among other things, gives the Court permission to obtain a copy of a prisoner's trust fund account statement.  *See* ECF No. 3 (notifying plaintiff of this defect); *see also* 28 U.S.C. § 1915(b)(2) (requiring prisoners to submit such a statement).  A copy of the Court's form for applications to proceed IFP was provided with the notice.  *See* ECF No. 3.

Plaintiff was provided twenty-eight days to correct these deficiencies.  *See id*.  More than twenty-eight days have passed, and plaintiff has neither paid the fee nor filed a complete application to proceed IFP.  The case is DISMISSED without prejudice.  The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: September 6, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　Eumi K. Lee
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge